ALPHA ALLYN *v.* NATHANIEL I. P. DAVIS.

*(Practice.)*

THIS was a bill in chancery, and served by an indifferent person. The subpœna was directed to any indifferent person to serve and return.

By the Court.—The service was not made agreeably to the rules of this court. The person authorized should have been named in the order, made by the chancellor signing the subpœna. A defendant is not bound to notice any service unless made by a regular officer, or a person duly authorized by name, or by a publication made agreeably to the rules of the court.